ACCEPTED
03-14-00737-CV
5073772
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/29/2015 2:31:05 AM
JEFFREY D. KYLE
CLERK

**No. 03-14-00737-cv**

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/29/2015 2:31:05 AM
JEFFREY D. KYLE
Clerk

**IN THE THIRD COURT OF APPEALS**

**AUSTIN, TEXAS**

_____

**CHASE CARMEN HUNTER, APPELLANT v. ELEANOR KITZMAN IN HER OFFICIAL CAPACITY AS COMMISSIONER OF INSURANCE, JULIA RATHGEBER IN HER OFFICIAL CAPACITY AS COMMISSIONER OF INSURANCE, AND THE TEXAS DEPARTMENT OF INSURANCE, APPELLEES**

_____

**MOTION TO REVERSE TRIAL COURT'S ORDER DATED FEBRUARY 19, 2015, SUSTAINING CONTEST TO MOTION TO APPEAL IN FORMA PAUPERIS**

_____

**From Cause D-1-GN-13001957 In The 250th District Travis County, Texas, The Honorable John K. Dietz Presiding**

_____

Chase Carmen Hunter, pro se
340 S. Lemon Ave. #9039
Walnut, CA 91789
Telephone: 707-706-3647
Facsimile: 703-997-5999
Chase_Hunter@yahoo.com

- 1 -

## CERTIFICATION.

I, Chase Carmen Hunter, herein referred to as "Hunter", state under penalty of perjury that the following facts and argument are true and correct.

_____ April 28, 2015

## ISSUES PRESENTED.

1. The trial court's order dated February 19, 2015 ("Feb 19 Order"), which denied Hunter's motion to appeal in forma pauperis, is factually and grossly incorrect.

2. The Feb 19 Order, which denied Hunter's motion to appeal in forma pauperis, is legally incorrect.

## ERRORS OF THE FEB 19 ORDER.

## FIRST ERROR.

The Feb 19 Order incorrectly states on the first page, that "[t]he affidavit showed...that Appellant owns real property". If the Feb 19 Order included the correct statement, such a statement would be: "[t]he affidavit showed...that Appellant owns real property but that she has negative assets, the real property is valued at less than $350,000, and the real property is encumbered by a mortgage and a judgment of nearly $10,000,000".

## SECOND ERROR.

The Feb 19 Order incorrectly states on the first page, that "[t]he affidavit showed...that Appellant receives employment income and real estate rental income". If the

-2-

Feb 19 Order included the correct statement, such a statement would be: "[t]he affidavit showed...that Appellant receives employment income and real estate rental income but her net income is negative $265 monthly."

## THIRD ERROR.

The Feb 19 Order incorrectly states on the first page, that "the only evidence before the Court...was Appellant's affidavit." This is an error for many reasons. First, the Appellees provided no evidence at all at the hearing. Therefore, the evidence before the Court included the fact that the Appellees provided no evidence to dispute the accuracy of the Appellant's affidavit or to assert that the Appellant, with negative assets and negative net monthly income, could afford to pay the costs of the litigation. Second, Texas Rule of Appellate Procedure 20 et seq. requires only that the indigent party provide an affidavit as evidence. Therefore, if the Feb 19 Order included the correct statement, such a statement would be: "the only evidence required of the Appellant was the Appellant's affidavit. And such evidence was before the Court. The Appellant's affidavit was undisputed and the Appellees' provided no evidence at all to suggest or establish that the Appellant's affidavit was inaccurate."

## PRAYER.

Hunter respectfully requests that this Court review the grossly erroneous Feb 19 Order, reverse the Feb 19 Order, and grant Hunter's motion to appeal in forma pauperis.

Respectfully Submitted,

-3-

/s/ Chase Carmen Hunter

Chase Carmen Hunter
Appellant, pro se
340 S. Walnut Ave. #9039
Walnut, CA 91789
Tel: 707-706-3647
Fax: 703-997-5999
Email: Chase_Hunter@yahoo.com

## **CERTIFICATION PURSUANT TEX R. APP. P. 10.1(a)(5)**

I, Chase Carmen Hunter, certify that I did attempt to resolve the issues described herein. I did contact Cynthia Morales by email on March 1, 2015, and March 2, 2015, to discuss the issues described herein prior to filing this motion. Ms. Morales has not responded.

_____          ___4/29/2015___
Chase Carmen Hunter


## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Reverse Trial Court's Order was served upon the parties shown below as indicated:


Cynthia A. Morales
Assistant Attorney General
By efile on April 29, 2015
Cynthia.Morales@texasattorneygeneral.gov
Facsimile: (512) 477-2348


_____
Chase Carmen Hunter